COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS





IN RE: JOHNNIE LEE CARTER,


 Relator.
§


 


§


 


§


 


§


 


§


 


 § 





No. 08-08-00155-CV

AN ORIGINAL PROCEEDING


IN MANDAMUS





MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS

 

 Relator, Johnnie Lee Carter, has filed a pro se petition for writ of mandamus, seeking an
order compelling Integrity Asset Management to repay expenses Relator incurred in mediation.

 This Court does not have the authority to issue a writ of mandamus against a private party.
See Tex. Gov't Code Ann. § 22.221(a). Therefore, mandamus relief is denied.


 KENNETH R. CARR, Justice


May 1, 2008


Before Chew, C.J., McClure, and Carr, JJ.

Chew, C.J., not participating